IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY CRABILL, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 5:04-CV-0345 |
| vs. | ) |
| GEORGIA-PACIFIC CORPORATION, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS AGAINST GEORGIA-PACIFIC CORPORATION

COME NOW, Amy Crabill ("Plaintiff") and Georgia-Pacific Corporation ("Defendant"), by and through their undersigned counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant. Each party will bear her or its respective attorney's fees, expenses and costs.

SO AGREED, this 28th day of July, 2005.

Bernadette C. Crucilla
BUAFO & ASSOCIATES
P.O. Box 4012
201 Spring Street
Macon, Georgia 31208
Telephone: (478) 743-8337
Facsimile: (478) 743-8478
*Counsel for Plaintiff*

Daniel E. Turner
ASHE RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
*Counsel for Defendant*

APPROVED and so ORDERED, this 4th day of August, 2005.

Wilbur D. Owens, Jr.
UNITED STATES DISTRICT JUDGE